UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1973-L |
| Plaintiff | ) | 08MJ1734 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| JOHN DAVID CRAIG | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

M MEDRANO-MUNIZ

DATED: 6/17/8

_____
Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk
J. JARABEK

☆ U.S. GPO: 2003-581-774/70062

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95