1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Craig

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr1973-L |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE SENTENCING DATE |
| JOHN DAVID CRAIG, | |
| Defendant. | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the sentencing hearing currently scheduled for September 22, 2008, at 8:30 a.m., be continued to October 20, 2008, at 8:30 a.m., before the Honorable M. James Lorenz. That Defendant is in custody and time is excluded until acceptance of plea.

Respectfully submitted,

DATED: July 21, 2008       /s/ *Stephen D. Demik*
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant Perez
                            Stephen_Demik@fd.org

DATED: July 21, 2008       /s/ *David Leshner*
                            Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

 Courtesy Copy Chambers

 Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

 Courtesy Copy USPO

 Copy Defendant

Dated: July 21, 2008     /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)