UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1973-L |
| Plaintiff, | |
| v. | **ORDER** |
| | **CONTINUING SENTENCING DATE** |
| JOHN DAVID CRAIG, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned case, currently scheduled for September 22, 2008, at 8:30 a.m. be continued until October 20, 2008, at 8:30 a.m. That Defendant is in custody and the court finds the time until acceptance of the plea excludable.

**SO ORDERED.**

DATED: July 22, 2008

_____
M. James Lorenz
United States District Court Judge